VILLA SITE COMPANY OF HUWARTH, NEW JERSEY, et al.,
respondents,

*v.*

HENRY. C. COPELAND, appellant.

[Decided January 19th, 1923.]

On appeal from a decree of the court of chancery advised by
Vice-Chancellor Lewis, who filed the following opinion:

"The main issues in the litigation involved in this suit
were disposed of by the final decree settled by the late Vice-
Chancellor Stevens, who had heard the case, but who died
before a completed draft of the decree could be submitted to
him for signature, and which was, thereupon, on December
30th, 1919, signed by the chancellor, and subsequently
affirmed by the court of errors and appeals. In this decree
it is stated that 'the question of counsel fees is reserved until
sale.'

"By the decree certain lands and premises therein specified
were directed to be sold by Milton Demarest and Charles
C. Pilgrim, Esquires, special masters of this court. This sale
has been accomplished, and the matter is now before me on
application to confirm the sale, to determine the precedence
of certain liens, and for counsel fees and allowances.

"As I intimated at the time of the hearing, I am of the
opinion that the sale should be confirmed; and there is no
doubt in my mind that the property should be taken by the
purchasers, subject of the 1920 taxes. I do not think the
Kimmey judgment should take precedence over the costs of
the litigation and counsel fees, because the judgment was
entered long after the litigation had been started. I also
think that Copeland should be required to pay over to the
receiver of the Villa Site Company the amount received by

him on the sales of lands conveyed to him by that company
in excess of moneys paid out on account of those lands under
the terms of the trust agreement. This is in accordance with
the opinions of Vice-Chancellor Stevens and of the court of
errors and appeals. Costs and counsel fees will be allowed,
to be paid by the defendant, Copeland.

"I will advise a decree in accordance with these views."

*Mr. Wendell J. Wright, Messrs. Osborne & Astley* and *Mr.
Charles C. Pilgrim,* for the respondents.

*Mr. Julian C. Harrison,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons
stated in the opinion filed in the court below by Vice-
Chancellor Lewis.

*For affirmance* — THE CHIEF-JUSTICE, SWAYZE, TREN-
CHARD, PARKER, BERGEN, MINTURN, BLACK, KATZENBACH,
HEPPENHEIMER, WILLIAMS, ACKERSON—11.

*For reversal*—None.